**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

| | |
|---|---|
| WILLIAM C. ROBERTSON and<br>CAREY W. ROBERTSON | PLAINTIFFS |
| v.   Case No. 1:09CV00020 JLH | |
| UNION PACIFIC RAILROAD COMPANY<br>and XTO ENERGY, INC. | DEFENDANTS |

**ORDER**

The plaintiffs' motion to stay motion for reconsideration is GRANTED. Document #28. The Court will hold the defendants' motion to reconsider in abeyance until the United States Court of Appeals for the Eighth Circuit issues a ruling on the petition for rehearing in *Griffis v. Anadarko E & P Company, LP*, Case No. 09-3117 (8th Cir., June 8, 2010). The Court orders the parties to notify the Court when the Eighth Circuit rules on the petition for rehearing.

IT IS SO ORDERED this 7th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE