IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM C. ROBERTSON and<br>CAREY W. ROBERTSON | PLAINTIFFS |
| v.   Case No. 1:09CV00020 JLH | |
| UNION PACIFIC RAILROAD COMPANY<br>and XTO ENERGY, INC. | DEFENDANTS |

## ORDER

This Court granted plaintiffs' motion for a stay of the proceedings with respect to the motion for reconsideration filed by the defendants. The defendants have also filed a motion in which they say that if the Court grants the motion to stay proceedings as to the motion for reconsideration, the Court should stay all proceedings in this action, not just consideration of the defendants' motion to reconsider. That motion is well taken. The motion to stay all proceedings is GRANTED. Document #31. All of the proceedings in this action are stayed until the United States Court of Appeals for the Eighth Circuit rules on the petition for rehearing in *Griffis v. Anadarko E & P Company, LP*, Case No. 09-3117.

IT IS SO ORDERED this 8th day of July, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE