# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

WILLIAM C. ROBERTSON                                                                                       PLAINTIFFS
and CAREY W. ROBERTSON

v.                                        No. 1:09CV00020 JLH

UNION PACIFIC RAILROAD COMPANY
and XTO ENERGY INC.                                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is hereby entered in favor of Union Pacific Railroad Company and XTO Energy Inc., on the complaint of William C. Robertson and Carey W. Robertson. The complaint of William C. Robertson and Carey W. Robertson is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE